IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 02-cr-00076-8-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

8. SHAMU JAKARRA CRAIG,

        Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that violation hearing regarding Defendant Craig is set **Thursday, September 29, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

DATED: September 19, 2011
_____